IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                    No. CIV S-03-2061 DFL KJM P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a former county jail inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 23, 2005, he filed a request for forms to allow him to subpoena witnesses incarcerated in both California and federal prisons and civilian witnesses.

        In paragraphs I and II of the scheduling order issued November 18, 2004, the court outlined the procedures plaintiff must follow to secure the presence of incarcerated witnesses. Plaintiff's request for subpoenas and forms for such witnesses does not comply with the scheduling order and is denied.

        Plaintiff is directed to paragraphs III and IV of the scheduling order for the requirements for subpoenaing civilian witnesses. Although plaintiff may request blank subpoena forms from the Clerk of the Court, he has not suggested the number of such documents he needs.

        On June 24, 2005, plaintiff filed a motion for an extension of time to file his

1

1 pretrial statement and for a postponement of trial.   Vacating those dates is appropriate in light of
2 the pending motion for summary judgment.
3           Accordingly, IT IS ORDERED
4           1.  Plaintiff's June 23, 2005 request for subpoenas for incarcerated witnesses is
5 denied for non compliance with the requirements of the scheduling order.
6           2. Plaintiff's June 23, 2005 request for subpoenas for civilian witnesses is denied
7 without prejudice.
8           3.  The dates for filing pretrial statements, pretrial conference and jury trial are
9 hereby vacated, to be rescheduled if necessary after resolution of the pending motion for
10 summary judgment.
11 DATED:   June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
maga2061.frm