IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                  No. CIV S-03-2061 DFL KJM P

    vs.

SACRAMENTO COUNTY
MAIN JAIL, et al.,

    Defendants.              <u>ORDER</u>

                              /

        Plaintiff is a prisoner proceeding pro se with a civil rights action. On July 28, 2005, he filed a motion for an extension of time in which "to comply with any Court order of all the pleadings or proceedings, procedure already schedule at the court calendar."

        On June 30, 2005, the court vacated the remaining dates set in this case pending resolution of the motion for summary judgment. There are currently no dates or filing requirements that plaintiff must meet. Moreover, plaintiff's "blanket" request for an extension of time does not satisfy the requirement that a party show good cause for his extension request.

/////

/////

/////

1

1         Accordingly, IT IS ORDERED that plaintiff's July 28, 2005 motion is denied.

2 DATED: August 5, 2005.

                                                 UNITED STATES MAGISTRATE JUDGE

2 maga2061.eot