IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

      Plaintiff,                           No. CIV S-03-2061 DFL KJM P

      vs.

SACRAMENTO COUNTY
MAIN JAIL, et al.,

      Defendants.                  ORDER

/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 9, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 9, 2006, are adopted in full; and

2. Defendants' motion for summary judgment is granted as to plaintiff's claim for injunctive relief but denied in all other respects.   The magistrate judge is requested to provide to the defendants a further opportunity to move for summary judgment.

DATED: 3/16/2006

_____
DAVID F. LEVI
United States District Judge