IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                      No. CIV S-03-2061 DFL KJM P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.               ORDER

_____/

        In accordance with the District Court's order of March 17, 2006, the court establishes the following schedule: Defendants' motion for summary judgment is due within thirty days of the date of this order; plaintiff's opposition or statement of non-opposition is due thirty days after the motion for summary judgment is filed; and defendants' reply, if any, is due two weeks after the opposition is filed.

        IT IS SO ORDERED.

DATED: April 28, 2006.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

2/maga2061.sch

1