IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

    Plaintiff,                   No. CIV S-03-2061 DFL KJM P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendant.               ORDER

        A recent court order was served on plaintiff's address of record and returned by the postal service. However, it appears that the name plaintiff was using when he filed this action is an alias, not recognized by the federal prison system where he is now housed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to again serve the document identified as docket number 80 on plaintiff, using the name and prison identification number listed in the change of address filed May 1, 2006.

DATED: June 19, 2006.

                                           UNITED STATES MAGISTRATE JUDGE

2 maga2061.33a

1