IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

        Plaintiff,                      No. CIV S-03-2061 DFL KJM P

       vs.

SACRAMENTO COUNTY MAIN JAIL, et al.,

        Defendants.              ORDER
_____/

        Plaintiff, a former county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court does not adopt the magistrate judge's findings and recommendations. A genuine issue of material fact exists as to whether defendants exhibited intentional indifference to a

1

1  serious medical need when, despite plaintiff's chrono and medical records, they declined to
2  provide supportive shoes to plaintiff.  The chrono is sufficiently clear for a reasonable jury to
3  find that defendants "deliberately ignore[d] the express orders of" plaintiff's doctor.  <u>Jet v.</u>
4  <u>Penner</u>, 439 F.3d 1091, 1097 (9th Cir. 2006) (citations omitted).  Accordingly, defendants'
5  motion for summary judgment is DENIED.

7  DATED:   March 29, 2007

                                                  /s/ David F. Levi
                                                  UNITED STATES DISTRICT JUDGE