IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MAGANA,

      Plaintiff,                  No. CIV S-03-2061 JKS KJM P

    vs.

SACRAMENTO COUNTY MAIN JAIL,

      Defendants.             ORDER

_____/

      Plaintiff is a former county jail inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 8, 2007, defendants filed a motion to compel plaintiff to submit to a physical examination within the contemplation of Fed. R. Civ. P. 35. Plaintiff opposed the motion on the ground that he had been deported and would face arrest and conviction if returned to the United States. See 8 U.S.C. § 1326. In light of plaintiff's unavailability, the motion is denied.

/////
/////
/////
/////
/////

1

1           The matter is set for trial before the Honorable James K. Singleton on June 2,
2   2008.  The court will not require pretrial statements at this time.  Plaintiff is directed to notify the
3   court by January 1, 2008, whether he has undertaken efforts to secure readmission for trial and
4   whether he will thus be available for trial.  <u>See</u> 8 C.F.R. § 212.2.  Failure to comply with this
5   order will result in a recommendation that the case be dismissed.
6           IT IS SO ORDERED.
7   DATED:  October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

2
maga2061.ord